**IN THE UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | | |
|---|---|---|
| **JASSON SASSER, PAUL GRAZIANI**<br>**and LEE HUTSON, on behalf of themselves**<br>**and all other similarly situated** | | **PLAINTIFFS** |
| **v.** | **5:96-CV-00466-WRW** | |
| **ARKANSAS HIGHWAY AND**<br>**TRANSPORTATION DEPT.; CITY OF**<br>**NORTH LITTLE ROCK; CITY OF**<br>**JONESBORO; CITY OF HOPE; CITY OF**<br>**ROGERS; CITY OF FAYETTEVILLE; CITY**<br>**OF TEXARKANA; CITY OF NEWPORT;**<br>**and CITY OF BATESVILLE, on behalf of themselves**<br>**and all other similarly situated cities in Arkansas** | | **DEFENDANTS** |

## ORDER

Defendants' Motion to Strike Amended Complaint and to Require Plaintiff to File Motion to Amend (Doc. No. 94) is GRANTED.

My December 10, 2007 Order reads: "A Motion to Amend and an attached Amended Complaint must be filed no later than 5:00 p.m. on Friday, December 21, 2007."[1] Rather than file the motion to amend, Plaintiff filed an amended complaint.

Plaintiff is directed to file a <u>motion to amend</u> complaint, with the proposed amended complaint attached as an exhibit, by 5 p.m., Thursday, January 24, 2008.

IT IS SO ORDERED this 14th day of January, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 88.